1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Jonathan Bengel

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bengel, | Case No.: 2:12-cv-01300-ROS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Rhett A. Plank, Attorney At Law, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 5th day of December, 2012.


LEMBERG & ASSOCIATES, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT

Attorney for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On December 5, 2012, I served a true copy of

foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby
certify that on December 5, 2012, a copy
of the foregoing document was filed
electronically. Notice of this filing will be
sent by operation of the Court's electronic
filing system to all parties indicated on
the electronic filing receipt. All other
parties will be served by regular U.S.
Mail. Parties may access this filing
through the Court's electronic filing
system.
Tel.: (203) 653-2250
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

2:12-cv-01300-ROS                                                          NOTICE OF SETTLEMENT

1    Executed on December 5, 2012.

2
                                                    _/s/ Allison Ercolano_____
3                                                   Allison Ercolano
                                                    Paralegal to Trinette G. Kent
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          4